UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| CHERYL SIMPSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>COUNTY OF CAPE GIRARDEAU, MISSOURI,<br><br>    Defendant. | Case No. 1:14-CV-13 (CEJ) |

## JUDGMENT

In accordance with the Memorandum entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of defendant County of Cape Girardeau, Missouri, and against plaintiff Cheryl Simpson.

Plaintiff shall bear costs.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 16th day of August, 2016.